Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL NO: **4:24-cr-00143-1** |
| v. | § § | **SEALED** |
| JEREMIAH LYNN JACKSON, aka Walletwallace | § § § § § § § § § § § | |

**ORDER FOR ISSUANCE OF NOTICE**

A  INDICTMENT  has been filed against the defendant who is

☐ Released on Conditions   ☐ Detained   ☑ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant  March 26, 2024

at  02:00 pm  .

SIGNED at Houston, Texas, on  March 20, 2024  .

UNITED STATES MAGISTRATE JUDGE